UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

VIOLA J. WILLIAMSON                                                                                    PLAINTIFF

V.                                                             CIVIL ACTION NO.: 4:11-CV-42-DPJ-FKB

WAYNE COUNTY SCHOOL DISTRICT
BOARD OF EDUCATION, ET AL.                                                              DEFENDANTS

ORDER

This cause is before the Court on Plaintiff Viola J. Williamson's motion to proceed in forma pauperis [2]. On September 12, 2011, Magistrate Judge F. Keith Ball entered a Report and Recommendation [3], recommending denial of Plaintiff's motion. Judge Ball further suggested that Williamson be given until December 12, 2011, to pay the filing fee. Plaintiff has not filed an objection to the Report and Recommendation.

The Court, having considered the unopposed Report and Recommendation, finds that it should be adopted as the opinion of the Court. Plaintiff's motion to proceed in forma pauperis [2] is denied, and she is directed to pay the filing fee by December 12, 2011. Failure to do so will result in dismissal of this action without further notice.

**SO ORDERED AND ADJUDGED** this the 17th day of October, 2011.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE